UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. NEAL,<br><br>             Petitioner,<br><br>    v.<br><br>WARDEN OF SATF, et al.,<br><br>             Respondent. | Case No. 16-cv-05978-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. Nos. 7, 8, 14, 18 |

       This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in Plumas County. Plumas County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated in Corcoran, CA, which is also located in the Eastern District of California.

       Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in Plumas County, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b). Petitioner's motions (Docket Nos. 7, 8, 14, 18) are **VACATED**.

       **IT IS SO ORDERED.**

Dated: November 18, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT W. NEAL,

    Plaintiff,

v.

WARDEN OF SATF, et al.,

    Defendants.

Case No. 16-cv-05978-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert W. Neal ID: AN1615
PO Box 5244
Corcoran, CA 93212

Dated: November 18, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2